

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2023

No. 04-23-00317-CV

**IN RE** Paul James **ZOHLEN**, Chairman, Kerr County Republican Party & County Republican
Party & Chairman, County Executive Committee, Relator

Original Proceeding[1]

### ORDER

On April 4, 2023, relator filed a petition for writ of mandamus and a request for a temporary
injunction. After considering the petition and the record, this court concludes relator is not entitled
to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP.
P. 52.8(a). We also **DENY** relator's request for injunctive relief.

It is so **ORDERED** on April 26, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 26th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] Relator seeks relief under this court's authority to issue writs of mandamus under the Texas Election Code. *See* TEX.
ELEC. CODE ANN. §§ 161.009, 163.007, 273.061.